**Electronically Filed
Supreme Court
SCWC-16-0000349
30-JAN-2020
02:57 PM**

SCWC-16-0000349

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

REGINALD BOTELHO,
Petitioner/Claimant-Appellant,

vs.

ATLAS RECYCLING CENTER, LLC and HAWAIʻI EMPLOYERS' MUTUAL
INSURANCE COMPANY,
Respondents/Employer/Insurance Carrier/Appellees,

and

SPECIAL COMPENSATION FUND,
Respondent/Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000349;
Case No. AB 2009-334(H)(S)(DCD No. 1-06-00818))

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Claimant-Appellant Reginald Botelho's

application for writ of certiorari filed on December 16, 2019,

is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard

in this case.  Any party may, within ten days and pursuant to

Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, January 30, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson